**Galen PUNZO, Respondent,**

v.

**Robert E. GARDNER, Defendant,**

**Burlington Northern Railroad Company, Appellant.**

**No. WD 53089.**

Missouri Court of Appeals, Western District.

Oct. 28, 1997.

Daniel Hamann, Kansas City, for Appellant.

William McIntosh, Kansas City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Burlington Northern Railroad Company appeals a jury verdict and judgment against it in the amount of $650,000 for plaintiff's injuries. We conclude that a published opinion would have no precedential value. Affirmed. Rule 84.16(b) V.A.M.R.